UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.: 2:18–cv–03840–R–PLA            DATE: August 31, 2018

TITLE:    Hismael Valente v. Goma El Biali et al

=====================================================================

PRESENT:  <u>HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE</u>

<u>Christine Chung</u>                         <u>  N/A  </u>
Deputy Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                Not Present

**PROCEEDINGS:**   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   Plaintiff is hereby ordered to show cause in writing by not later than <u>**September 21, 2018**</u> why this action should not be dismissed for lack of prosecution.

   The court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

   - **Plaintiff's filing of a noticed motion for entry of default judgment**

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to timely respond to the Court's Order will result in the dismissal of the action.

   IT IS SO ORDERED.