**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HISMAEL VALENTE,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>GOMA EL BIALI, et al.,<br><br>　　　　　Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.　CV-18-3840-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

　　　Plaintiff was ordered to show cause in writing by not later than **September 21, 2018** why this action should not be dismissed for lack of prosecution;

　　　WHEREAS, this period has elapsed without any action by plaintiff.

　　　The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: September 28, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE